# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00321-CR

**Robert Lee Herring, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 58842, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Robert Lee Herring seeks to appeal a judgment of conviction for capital murder. The trial court has certified that this is a plea bargain case, Herring waived the right of appeal as part of the plea bargain agreement, and Herring has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:   June 30, 2006

Do Not Publish